IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KESHAWN HOPKINS,

      Plaintiff,                            No. CIV S-12-0896 EFB P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.               ORDER

_____/

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983.  To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit a properly completed affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has submitted an application for leave to proceed in forma pauperis, but has failed to fully complete the application by responding to all of the questions asked on the form application.

////

////

////

1      Accordingly, plaintiff has 30 days from the date of service of this order to submit either
2 the filing fee or a properly completed application required by § 1915(a).  The Clerk of the Court
3 is directed to mail to plaintiff a form application for leave to proceed in forma pauperis.  Failure
4 to comply with this order will result in a recommendation that this action be dismissed.
5      So ordered.
6 DATED: April 11, 2012.
7      EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE