1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KESHAWN HOPKINS,                              No.  2:12-cv-0896-TLN-EFB P

12                      Plaintiff,

13           v.                                     ORDER

14    CDCR, et al.,

15                      Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On August 15, 2013, the court informed plaintiff that he needed to submit new

19    information about where defendant Abraham could be served.  ECF No. 39.  In response, plaintiff

20    submitted an address to the court.  ECF No. 44.  Court records reflect that the United States

21    Marshal already attempted, unsuccessfully, to serve Abraham at the address provided by plaintiff.

22    *See* ECF No. 37.  The court will not direct the Marshal to re-attempt service at a location known

23    to be incorrect.

24          Plaintiff also requested intervention from the court to help him locate new information for

25    service of process on Abraham, claiming that defendants Naseer and Abraham did not respond to

26    his June 2013 discovery requests.  *See* ECF No. 41, 42.  The discovery and scheduling order in

27    this action was not issued until August 16, 2013.  ECF No. 40.  Therefore, any discovery requests

28    served by plaintiff in June would have been premature.  Now that discovery has commenced,

1  plaintiff may request information pertaining to Abraham's whereabouts from Naseer.  In addition,

2  the court notes that there is no reason to expect defendant Abraham to respond to plaintiff's

3  discovery requests, given that he has not yet appeared in this action and his whereabouts appear to

4  be unknown.

5          Accordingly, plaintiff must provide *new* information about how to locate defendant

6  Abraham for service of process.  Plaintiff must proceed with haste because Fed. R. Civ. P. 4(m)

7  requires that an action be dismissed as to a defendant not served within 120 days after filing the

8  complaint unless the time is enlarged based upon a demonstration of good cause.  If plaintiff's

9  access to the required information is denied or unreasonably delayed, plaintiff may seek judicial

10  intervention.

11          Accordingly, it is HEREBY ORDERED that:

12          1.  The Clerk of the Court shall mail plaintiff a form USM-285.

13          2.  Within 30 days from the date this order is served, plaintiff must submit the attached

14  Notice of Submission of Documents with the completed form USM-285 providing new

15  instructions for service of process upon defendant Abraham.  Failure to comply with this order

16  within the time allowed or to show good cause for such failure will result in a recommendation

17  that defendant Abraham be dismissed from this action pursuant to Rule 4(m).

18          3.  Plaintiff's "motion for production of documents" and for "judicial intervention" (ECF

19  Nos. 41, 42), are denied.

20  Dated:  September 10, 2013.

21                                                                EDMUND F. BRENNAN
                                                                  UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

                                                    2

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KESHAWN HOPKINS,                          No.  2:12-cv-0896-TLN-EFB P

12              Plaintiff,

13        v.                                    NOTICE OF SUBMISSION OF
                                                DOCUMENTS
14   CDCR, et al.,

15              Defendants.

16

17        Plaintiff hereby submits the following documents in compliance with the court's order

18   filed _____:

19

20            __1__                   completed USM-285 form

21

22

23   DATED:

24

25                                    _____
                                      Plaintiff
26

27

28
                                          3