UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAWN HOPKINS, | No. 2:12-cv-896-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks judicial intervention on the ground that defendant Nasser has not responded to his interrogatory seeking information regarding where defendant Abraham may be served with process. *See* ECF No. 47. Defendant Nasser shall file a response to plaintiff's filing, construed as a motion to compel, within 21 days of the date of this order.

So ordered.

DATED: October 28, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE