1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KESHAWN HOPKINS,                          No.  2:12-cv-896-TLN-EFB P

12                 Plaintiff,

13         v.                                   ORDER

14    CDCR, et al.,

15                 Defendants.

16

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  He seeks judicial intervention on the ground that defendant Nasser has not

19    responded to his interrogatory seeking information regarding where defendant Abraham may be

20    served with process. *See* ECF No. 47.  Defendant Nasser shall file a response to plaintiff's filing,

21    construed as a motion to compel, within 21 days of the date of this order.

22         So ordered.

23    DATED:  October 28, 2013.

24                                           EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28