UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAWN HOPKINS,<br><br>           Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>           Defendants. | No.  2:12-cv-896-TLN-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Defendant Abraham has filed a motion for summary judgment, ECF No. 72, and plaintiff has filed a motion requesting a settlement conference.  ECF No. 71.

It is hereby ordered that plaintiff's motion (ECF No. 71) is denied without prejudice. Plaintiff's opposition to Abraham's motion for summary judgment is due within twenty-one days of the date of this order.

DATED:  November 13, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE